# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**RICKY R. RATLIFF,**

    **Plaintiff,**

v.                              Case No.:  6:22-CV-00185-PGB-DAB

**WYCLIFFE ASSOCIATES, INC.,**

    **Defendant.**

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, **RICKY R. RATLIFF**, hereby discloses the following pursuant to Rule 3.03:

1.  The name of each person, including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity that has or might have an interest in the outcome:

> **Ricky Ratliff – Plaintiff**
>
> **Christopher J. Saba – Attorney for Plaintiff**
>
> **Wenzel Fenton Cabassa, P.A. – Counsel for Plaintiff**
>
> **Wycliffe Associates, Inc. – Defendant**

2.  The name of each entity with publicly traded shares or debt potentially affected by the outcome:  **None.**

3.     The name of every other entity that is likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee: **None.**

4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful in these proceedings, including every person who may be entitled to restitution: **RICKY R. RATLIFF.**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated this 27th day of July, 2022.

Respectfully submitted,

/s/ Christopher J. Saba
**CHRISTOPHER J. SABA**
Florida Bar Number: 0092016
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Direct Dial: 813-321-4086
Facsimile: 813-229-8712
Email: csaba@wfclaw.com
Email: tsoriano@wfclaw.com
**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 27th day of July, 2022, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system. I further certify that I mailed a true and accurate copy of the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

WYCLIFFE ASSOCIATES, INC.
C/O Registered Agent: WILLIAM A BOYLES
301 E. PINE STREET, SUITE 1400
ORLANDO, FL  32801

>                                /s/ Christopher J. Saba
>                                **CHRISTOPHER J. SABA**