# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**RICKY R. RATLIFF,**

    **Plaintiff,**

**v.**                           **Case No.:  6:22-CV-00185-PGB-DAB**

**WYCLIFFE ASSOCIATES, INC.,**

    **Defendant.**

_____/

## PLAINTIFF'S NOTICE OF RELATED ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐     IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                **US Department of Labor/EEOC**
                **Florida Commission on Human Relations**
                **Charge Number:  511-2020-02869**

☒     IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Actions upon each party no later than fourteen days after appearance of the party.

Dated this 27th day of July, 2022.

        Respectfully submitted,

        /s/ Christopher J. Saba
        **CHRISTOPHER J. SABA**
        Florida Bar Number: 0092016
        **WENZEL FENTON CABASSA, P.A.**
        1110 North Florida Avenue, Suite 300
        Tampa, Florida 33602
        Main Number: 813-224-0431
        Direct Dial: 813-321-4086
        Facsimile: 813-229-8712
        Email: csaba@wfclaw.com
        Email: tsoriano@wfclaw.com
        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of July, 2022, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system. I further certify that I mailed a true and accurate copy of the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

WYCLIFFE ASSOCIATES, INC.
C/O Registered Agent: WILLIAM A BOYLES
301 E. PINE STREET, SUITE 1400
ORLANDO, FL  32801

        /s/ Christopher J. Saba
        **CHRISTOPHER J. SABA**