**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RICKY R. RATLIFF,

        Plaintiff,

v.                                                         No. 6:22-cv-01185-PGB-DAB

WYCLIFFE ASSOCIATES, INC.,

        Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

Defendant, WYCLIFFE ASSOCIATES, INC., pursuant to Rule 6(b), Fed. R. Civ. P., and Local Rule 3.01(a), and on an unopposed basis, moves the Court for a one-week extension of time, to and including September 30, 2022, to file its response to Plaintiff's Complaint (Doc. 1). Wycliffe states as follows in support of this motion:

1. Pursuant to the Waiver of the Service of Summons executed by Wycliffe's counsel (Doc. 8), Wycliffe's response to Plaintiff's Complaint is due September 23, 2022.

2. Due to the press of other matters on Wycliffe's counsel, including an expedited pretrial discovery schedule in a separate Middle District class action and previously scheduled travel, Wycliffe seeks a brief, one-week extension of time to file its response to Plaintiff's Complaint.

3. This motion is not brought for purposes of undue delay, and no party will be prejudiced by the relief requested herein. This is Wycliffe's first extension request for this deadline.

4. Accordingly, for good cause shown, Wycliffe respectfully requests that the Court enter an order extending its deadline to respond to Plaintiff's Complaint by one week, to and including September 30, 2022.

### Local Rule 3.01(g) Certification

Prior to filing this motion, Wycliffe's undersigned counsel conferred with Plaintiff's counsel. Plaintiff does not oppose the requested extension of time.

Respectfully submitted,

/s/ Roger K. Gannam
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@LC.org
hmihet@LC.org
rgannam@LC.org
hphillips@LC.org

*Attorneys for Defendant,*
*Wycliffe Associates, Inc.*