UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICKY R. RATLIFF,

        Plaintiff,

v.                                              No. 6:22-cv-01185-PGB-DAB

WYCLIFFE ASSOCIATES, INC.,

        Defendant.

## DEFENDANT'S MOTION FOR SECOND EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

Defendant, WYCLIFFE ASSOCIATES, INC., pursuant to Rule 6(b), Fed. R. Civ. P., and Local Rule 3.01(a), moves the Court for a second, one-week extension of time, to and including October 7, 2022, to file its response to Plaintiff's Complaint (Doc. 1). Wycliffe states as follows in support of this motion:

1. Pursuant to the Court's Order of September 21, 2022 (Doc. 11), Wycliffe's response to Plaintiff's Complaint is due September 30, 2022.

2. Due to the approaching and strengthening Hurricane Ian, Wycliffe's counsel's preparation of Wycliffe's response to the Complaint has been interrupted by counsel's having to close their offices and prepare for at least several days of remote work from home. Moreover, counsel's team members face a high likelihood of power outages even at home in Central Florida, and actual evacuation on the Southwest coast of Florida. Accordingly, Wycliffe seeks an additional one-week extension of time to complete and file its response to Plaintiff's Complaint.

3. This motion is not brought for purposes of undue delay, and no party will be prejudiced by the relief requested herein. This is Wycliffe's second extension request (but first weather-related request) for this deadline.

4. Accordingly, for good cause shown, Wycliffe respectfully requests that the Court enter an order extending its deadline to respond to Plaintiff's Complaint by one week, to and including October 7, 2022.

### Local Rule 3.01(g) Certification

Approximately six hours prior to filing this motion, once informed of Hurricane Ian's likely path necessitating their office closure, Wycliffe's counsel attempted to confer with Plaintiff's counsel, by e-mail, regarding the extension requested herein. Plaintiff's counsel has not yet responded.[1] Wycliffe's counsel will promptly notify the Court of any response received.

/s/ Hugh C. Phillips
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Hugh C. Phillips
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@LC.org
hmihet@LC.org
rgannam@LC.org
hphillips@LC.org

*Attorneys for Defendant,
Wycliffe Associates, Inc.*

---

[1] Wycliffe's counsel in no way suggest any unreasonable delay on the part of Plaintiff's counsel, especially given their closer proximity to Hurricane Ian's likely landfall and predicted damaging effects.