UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICKY R. RATLIFF,

        Plaintiff,

v.                                        No. 6:22-cv-01185-PGB-DAB

WYCLIFFE ASSOCIATES, INC.,

        Defendant.

**DEFENDANT'S NOTICE OF NO OBJECTION TO MOTION FOR SECOND EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

Defendant, WYCLIFFE ASSOCIATES, INC., pursuant to Local Rule 3.01(g), gives notice that Plaintiff has no objection to Defendant's Motion for Second Extension of Time to File Response to Complaint (Doc. 12). The motion is, therefore, unopposed. Plaintiff's counsel responded to the initial Local Rule 3.01(g) inquiry of Defendant's counsel as soon as was practicable in the aftermath of Hurricane Ian.

                                       /s/ Hugh C. Phillips
                                       Mathew D. Staver
                                       Horatio G. Mihet
                                       Roger K. Gannam
                                       Hugh C. Phillips
                                       LIBERTY COUNSEL
                                       P.O. Box 540774
                                       Orlando, FL 32854
                                       (407) 875-1776
                                       court@LC.org
                                       hmihet@LC.org
                                       rgannam@LC.org
                                       hphillips@LC.org

                                       *Attorneys for Defendant,*
                                       *Wycliffe Associates, Inc.*