UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RICKY R. RATLIFF,**

       **Plaintiff,**

v.                                    Case No: 6:22-cv-1185-PGB-DAB

**WYCLIFFE ASSOCIATES, INC.,**

       **Defendant.**

---

### ORDER DIRECTING COMPLIANCE

This case is before the Court upon periodic review. Defendant has failed to comply with the Court's Initial Case Order (Doc. No.5) of July 12, 2022, directing any party that made their appearance in the case 14 days in which to file their Certificate of Interested Persons and Corporate Disclosure Statement. Accordingly, it is

**ORDERED** that the Defendant shall file a response to said Order **within fourteen (14) days** from the date of this Order. Failure to comply with this Order may result in appropriate sanctions.

**DONE AND ORDERED** at Orlando, Florida, this 13th day of October, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party