UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICKY R. RATLIFF,

        Plaintiff,

v.                                No. 6:22-cv-01185-PGB-DAB

WYCLIFFE ASSOCIATES, INC.,

        Defendant.

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, WYCLIFFE ASSOCIATES, INC., hereby discloses the following pursuant to Local Rule 3.03:

1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

**Ricky Ratliff – Plaintiff**

**Christopher J. Saba – Attorney for Plaintiff**

**Wenzel Fenton Cabassa, P.A. – Counsel for Plaintiff**

**Wycliffe Associates, Inc. – Defendant**

**Liberty Counsel – Counsel for Defendant**

**Mathew D. Staver – Attorney for Defendant**

**Horatio G. Mihet – Attorney for Defendant**

**Roger K. Gannam – Attorney for Defendant**

**Hugh C. Phillips – Attorney for Defendant**

      2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: **None.**

      3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors): **None.**

      4.      The name of each victim (individual and corporate), including every person who may be entitled to restitution: **None.**

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

/s/ Hugh C. Phillips
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Hugh C. Phillips
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@LC.org
hmihet@LC.org
rgannam@LC.org
hphillips@LC.org

*Attorneys for Defendant,*
*Wycliffe Associates, Inc.*