# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**RICKY R. RATLIFF,**

    **Plaintiff,**

v.                                Case No.:  6:22-CV-01185-PGB-DAB

**WYCLIFFE ASSOCIATES, INC.,**

    **Defendant.**

_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S AMENDED MOTION TO DISMISS

    Plaintiff, RICKY R. RATLIFF, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 3.01, moves the Court for a one-week extension of time, up to and including November 14, 2022, to file his Response to Defendant's Amended Motion to Dismiss (Doc. 18).  In support of this Motion, Plaintiff states as follows:

    1.    On October 17, 2022, Defendant filed an Amended Motion to Dismiss Plaintiff's Complaint (Doc. 18).

    2.    Plaintiff's Response to Defendant's Amended Motion to Dismiss is due November 7, 2022.

    3.    Due to a sickness and death in the undersigned's immediately family, Plaintiff is requesting a brief, one-week extension of time to file his Response to Defendant's Amended Motion to Dismiss.

4.      This extension is not being sought for the purpose of delay, and no party will be prejudiced by the relief requested herein.

5.      This is Plaintiff's first request to extend this deadline.

WHEREFORE, for good cause shown, Plaintiff respectfully requests that this Court enter an order extending Plaintiff's deadline to file a Response to Defendant's Amended Motion to Dismiss by one week, up to and including November 14, 2022.

## Local Rule 3.01(g) Certification

Prior to filing this Motion, Plaintiff's counsel conferred with Defendant's counsel regarding the contents herein. Defendant does not oppose the relief sought in this Motion.

Dated this 7th day of November, 2022.

Respectfully submitted,

/s/ Christopher J. Saba
**CHRISTOPHER J. SABA**
Florida Bar Number: 0092016
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Direct Dial: 813-321-4086
Facsimile: 813-229-8712
Email: csaba@wfclaw.com
Email: tsoriano@wfclaw.com
**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 7th day of November, 2022, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to:

Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Hugh C. Phillips
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
court@LC.org
hmihet@LC.org
rgannam@LC.org
hphillips@LC.org

/s/ Christopher J. Saba
**CHRISTOPHER J. SABA**