# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**RICKY R. RATLIFF,**

    **Plaintiff,**

v.                          Case No.:  6:22-CV-01185-PGB-DAB

**WYCLIFFE ASSOCIATES, INC.,**

    **Defendant.**

_____/

## NOTICE OF SELECTION OF MEDIATOR AND SCHEDULING

NOTICE is hereby given that the parties have selected **CARLOS BURRUEZO**, certified mediator at Burruezo & Burruezo LLLP, 911 Outer Road, Orlando, Florida 32814 to conduct mediation in this matter. Furthermore Plaintiff, **RICKY R. RATLIFF,** hereby notifies the Court that mediation has been scheduled with Carlos Burruezo on **October 11 ,2023 at 9:30 a.m.** to be take place at mediator's office.

Dated this 5th day of December, 2022.

            Respectfully submitted,

            /s/ Christopher J. Saba
            **CHRISTOPHER J. SABA**
            Florida Bar Number: 0092016
            **WENZEL FENTON CABASSA, P.A.**
            1110 North Florida Avenue, Suite 300
            Tampa, Florida 33602
            Main Number: 813-224-0431
            Direct Dial: 813-321-4086
            Facsimile: 813-229-8712
            Email: csaba@wfclaw.com
            Email: tsoriano@wfclaw.com
            **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of December, 2022, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to:

Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Hugh C. Phillips
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
court@LC.org
hmihet@LC.org
rgannam@LC.org
hphillips@LC.org

            /s/ Christopher J. Saba
            **CHRISTOPHER J. SABA**