## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| RICKY R. RATLIFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 6:22-cv-01185-PGB-RMN |
| WYCLIFFE ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a) and this Court's Notice (Doc. 27), Defendant, Wycliffe Associates, Inc., hereby submits this Notice of Lead Counsel Designation and designates Mathew D. Staver to act as lead counsel in the above-captioned cause.

Respectfully submitted,

/s/ Mathew D. Staver
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Hugh C. Phillips
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Facsimile: (407) 875-0770
Email: court@lc.org - hmihet@lc.org
rgannam@lc.org – hphillips@lc.org

***Attorneys for Defendant***