# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**RICKY R. RATLIFF,**

    Plaintiff,

v.                                    Case No.:  6:22-CV-01185-PGB-DAB

**WYCLIFFE ASSOCIATES, INC.,**

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF LEAD COUNSEL

NOTICE IS HEREBY given that Christopher J. Saba of the law firm of WENZEL FENTON CABASSA, P.A. will be appearing as lead counsel for the Plaintiff, RICKY R. RATLIFF.

Dated this 15th day of March, 2023.

                                                Respectfully submitted,

                                                /s/ Christopher J. Saba
                                                **CHRISTOPHER J. SABA**
                                                Florida Bar Number: 0092016
                                                **WENZEL FENTON CABASSA, P.A.**
                                                1110 North Florida Avenue, Suite 300
                                                Tampa, Florida 33602
                                                Main Number: 813-224-0431
                                                Direct Dial: 813-321-4086
                                                Facsimile: 813-229-8712
                                                Email: csaba@wfclaw.com
                                                Email: tsoriano@wfclaw.com
                                                **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of March, 2023, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to:

Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Hugh C. Phillips
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
court@LC.org
hmihet@LC.org
rgannam@LC.org
hphillips@LC.org

/s/ Christopher J. Saba
**CHRISTOPHER J. SABA**