UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICKY R. RATLIFF,

    Plaintiff,

v.                                  No. 6:22-cv-01185-PGB-DAB

WYCLIFFE ASSOCIATES, INC.,

    Defendant.

## UNOPPOSED MOTION OF ROGER K. GANNAM
## FOR LEAVE TO WITHDRAW AS ATTORNEY FOR DEFENDANT

Attorney Roger K. Gannam, pursuant to Local Rule 2.02(c)(1)(B), moves the Court for leave to withdraw his appearance as attorney for Defendant due to his appointment as Judge of the Florida Sixth District Court of Appeal. Attorney Gannam certifies that (1) Defendant consents to his withdrawal; (2) co-counsel named below are familiar with the case and remain fully prepared to address any matters pending in the case; and (3) Plaintiff does not oppose the withdrawal.

Respectfully submitted,

                                          /s/ Roger K. Gannam
                                          Mathew D. Staver
                                          Horatio G. Mihet
                                          Roger K. Gannam
                                          Hugh C. Phillips
                                          LIBERTY COUNSEL

P.O. Box 540774<br>
Orlando, FL 32854<br>
(407) 875-1776<br>
court@LC.org<br>
hmihet@LC.org<br>
rgannam@LC.org<br>
hphillips@LC.org<br>
<br>
*Attorneys for Defendant,*<br>
*Wycliffe Associates, Inc.*