AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| RICKY R. RATLIFF, <br> *Plaintiff* <br> v. <br> WYCLIFFE ASSOCIATES, INC., <br> *Defendant* | ) <br> ) <br> ) Case No. 6:22-cv-01185-PGB-DAB <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WYCLIFFE ASSOCIATES, INC., .

Date:  08/30/2023

/s/ Deborah A. Catalano
*Attorney's signature*

Deborah A. Catalano (FL 826995)
*Printed name and bar number*

LIBERTY COUNSEL
PO Box 540774
Orlando, FL 32854
*Address*

dcatalano@lc.org
*E-mail address*

(407) 875-1776
*Telephone number*

(407) 875-0770
*FAX number*