# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RICKY R. RATLIFF,

      Plaintiff,

v.                                                    No. 6:22-cv-01185-PGB-RMN

WYCLIFFE ASSOCIATES, INC.,

      Defendant.

## DEFENDANT'S NOTICE OF TAKING DEPOSITION OF
### Plaintiff Ricky R. Ratliff

PLEASE TAKE NOTICE that, pursuant to Rule 30, Federal Rules of Civil Procedure, Plaintiffs will take the following deposition upon oral examination of Ricky R. Ratliff before a court reporter or some other officer duly authorized by law to take depositions, at the date, time, and location shown, for the purpose of discovery or as evidence in this action, which deposition(s) will be recorded by means of stenographic and/or audio and video means.

| WITNESS | DATE | TIME | LOCATION |
|---|---|---|---|
| Ricky R. Ratliff | October 12, 2023 | 9:30 AM/ET | Marge Raeder Court Reporter, Inc.<br><br>999 Douglas Ave., Suite 3307<br>Altamonte Springs, FL  32714<br>(407) 774-6611 |

The deposition will commence on the date and time specified and continue thereafter until the deposition has been completed.

                                            Respectfully submitted,

                                            /s/ Hugh C. Phillips
                                            Mathew D. Staver

Horatio G. Mihet
Deborah A. Catalano
Hugh C. Phillips
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@LC.org
hmihet@LC.org
rgannam@LC.org
hphillips@LC.org

*Attorneys for Defendant,*
*Wycliffe Associates, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September 2023, I caused a true and correct copy of the foregoing to be electronically filed with this Court. Service will be effectuated on all counsel of record via the Court's ECF/electronic notification system.

/s/     Hugh C. Phillips