# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**RICKY R. RATLIFF,**

    **Plaintiff,**

v.                            Case No.:  6:22-CV-01185-PGB-DAB

**WYCLIFFE ASSOCIATES, INC.,**

    **Defendant.**

_____/

## NOTICE OF SELECTION OF MEDIATOR AND SCHEDULING

NOTICE is hereby given that the parties have selected **CARLOS BURRUEZO**, certified mediator at Burruezo & Burruezo LLLP, 911 Outer Road, Orlando, Florida 32814 to conduct mediation in this matter. Furthermore Plaintiff, **RICKY R. RATLIFF,** hereby notifies the Court that mediation has been scheduled with Carlos Burruezo on **October 11 ,2023 at 9:30 a.m.** to be take place at mediator's office.

Dated this 19th day of September, 2023.

        Respectfully submitted,

        /s/ Christopher J. Saba
        **CHRISTOPHER J. SABA**
        Florida Bar Number: 0092016
        **WENZEL FENTON CABASSA, P.A.**
        1110 North Florida Avenue, Suite 300
        Tampa, Florida 33602
        Main Number: 813-224-0431
        Direct Dial: 813-321-4086
        Facsimile: 813-229-8712
        Email: csaba@wfclaw.com
        Email: tsoriano@wfclaw.com
        **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of September, 2023, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to:

Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Hugh C. Phillips
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
court@LC.org
hmihet@LC.org
rgannam@LC.org
hphillips@LC.org

        /s/ Christopher J. Saba
        **CHRISTOPHER J. SABA**