## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**RICKY R. RATLIFF,**

    **Plaintiff,**

v.                                        **CASE NO.:   6:22-cv-01185-PGB-RMN**

**WYCLIFFE ASSOCIATES, INC.**

    **Defendant.**

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, RICKY R. RATLIFF, and Defendant, WYCLIFFE ASSOCIATES, INC., by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 12th day of October 2023.

| | |
|---|---|
| LIBERTY COUNSEL | WENZEL FENTON CABASSA, P.A. |
| P.O. Box 540774 | 1110 North Florida Avenue |
| Orlando, FL 32854 | Suite 300 |
| Telephone:  407-875-1776 | Tampa, Florida 33602 |
| Facsimile:  407-875-0770 | Telephone:  813-224-0431 |
|  | Facsimile:  813-229-8712 |
|  |  |
| BY:  /*s/ Horatio G. Mihet* | BY: */s/ Christopher J. Saba* |
|     Horatio G. Mihet |     Christopher J. Saba |
|     Florida Bar Number: 26581 |     Florida Bar Number: 092016 |
|     E-mail: Email: hmihet@lc.org; |     E-mail:  csaba@wfclaw.com |
|     Counsel for Defendant |     Counsel for Plaintiff |