# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**RICKY R. RATLIFF,**

    **Plaintiff,**

v.                                                  **Case No: 6:22-cv-1185-PGB-RMN**

**WYCLIFFE ASSOCIATES, INC.,**

    **Defendant.**
_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice, filed October 12, 2023. (Doc. 42). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Wycliffe Associates, Inc., are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 3, 2023.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties